## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Walter Lee Hall,

          Plaintiff,

v.

Kevin M. Chapman, *et al*.,

          Defendant(s)

Case No. 4:17-cv-10895

District Judge Terrence G. Berg

Magistrate Judge Anthony P. Patti

## ORDER GRANTING PLAINTIFF'S REQUEST (ECF No. 38) FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (ECF No. 34)

Currently pending before the Court is a motion to dismiss, filed on September 7, 2021 by four – Chapman, Jukuri, Swetz and Polkinghorn – of the five Defendants.  (ECF No. 34.)  Service is ongoing as to Defendant Finch.  (ECF No. 39.)

In accordance with the Court's September 8, 2021 order, Plaintiff's response to Defendants' motion to dismiss was due on October 8, 2021.  (ECF No. 35.)  To date, Plaintiff has not filed a response.

By a letter dated October 8, 2021, post-marked October 15, 2021, and entered into the docket on October 22, 2021, Plaintiff seeks a thirty-day extension

of time within which to file a response.  (ECF No. 38.)  According to Plaintiff, he is "seeking assistance to help respond."  (*Id*.)

Upon consideration, Plaintiff's request (ECF No. 38) is **GRANTED**. Plaintiff shall have up to and including Friday, December 10, 2021 by which to file his response to the pending motion to dismiss (ECF No. 34).

**IT IS SO ORDERED.**

Date: **November 8, 2021**

Anthony P. Patti
U.S. Magistrate Judge