UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WALTER LEE HALL,**<br><br>Plaintiff,<br><br>vs.<br><br>**KEVIN M. CHAPMAN, NICHOLAS JUKURI, FRANK O. FINCH, DANIEL SWETZ, and JOHN POLKINGHORN,**<br><br>Defendants. | 4:17-CV-10895-TGB-APP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS CHAPMAN, JUKURI, SWETZ AND POLKINGHORN**<br>**(ECF NO. 34)**<br>**AND**<br>**ALSO DISMISSING CLAIM AGAINST DEFENDANT FINCH (ECF NO. 52)** |

This matter is before the Court on Magistrate Judge Anthony P. Patti's August 17, 2022 Report and Recommendation (ECF No. 52) recommending the dismissal of Plaintiff's claims against Defendant Finch, and granting Defendants Chapman, Jukuri, Swetz, and Polkinghorn's motion to dismiss (ECF No. 34).

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district

court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*.

Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of August 17, 2022 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Patti's Report and Recommendation (ECF No. 52) is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Plaintiff's claims against Defendant Finch are **DISMISSED** with prejudice.

It is **FURTHER ORDERED** that Defendants Chapman, Jukuri, Swetz, and Polkinghorn's motion to dismiss is **GRANTED**. (ECF No. 34).

**IT IS SO ORDERED**.

Dated: September 9, 2022

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE