UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WALTER LEE HALL,** <br><br> Plaintiff, <br><br> vs. <br><br> **KEVIN M. CHAPMAN, NICHOLAS JUKURI, FRANK O. FINCH, DANIEL SWETZ, and JOHN POLKINGHORN,** <br><br> Defendants. | **4:17-CV-10895-TGB-APP** <br><br><br> **JUDGMENT** |

## JUDGMENT

In accordance with the opinion and order issued on this date;

It is **ORDERED AND ADJUDGED that** the case be **DISMISSED** with prejudice.

Dated at Detroit, Michigan: September 9, 2022

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on September 9, 2022.

s/A. Chubb
Case Manager